**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SMITH, on behalf of himself and all others similarly situated, and on behalf of the general public and as an "aggrieved employee" under the Labor Code Private Attorneys General Act of 2004,<br><br>               Plaintiff,<br><br>   v.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No.: 3:12-cv-05964-TEH<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL** |

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE as to all of plaintiff JAMES SMITH's individual claims and DISMISSED WITHOUT PREJUDICE as to plaintiff's class claims, each side to bear its own costs and attorneys' fees.

Dated:  April 17, 2013.

The _____
Senior _____

Judge Thelton E. Henderson